UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

Case No. 3:17-cr-59

MYRON BAKER,

Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO BE MARRIED WHILE IN CUSTODY

The Court finds the defendant's motion to be married while in custody (doc.30), filed August 31, 2017, well taken.

Therefore, IT IS THE ORDER OF THE COURT that the defendant's motion to be married while in custody is GRANTED, and will be conducted in accordance with the policies and procedures of both the U.S. Marshal as well as the facility in which the defendant is incarcerated.

IT IS SO ORDERED.

September 1, 2017

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT