IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17-cr-59 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| MYRON BAKER, | : | |
| Defendant. | : | |

**ENTRY AND ORDER STRIKING DEFENDANT'S MOTION FOR WITHDRAWAL OF GUILTY PLEA (DOC. 126)**

On December 13, 2019, Defendant personally filed a "Motion for Withdrawal of Guilty Plea" (Doc. 126). However, Defendant is still represented by counsel in this case. As the Court has previously told the Defendant, hybrid representation is prohibited. (*See* Doc. 116.) The motion is hereby **STRUCK**.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, December 16, 2019.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE